17MAG.9569

Approved by: _Lori L. Doughty_____
             LORI DOUGHTY
             Special Assistant United States Attorney

Before:      THE HONORABLE MARTIN R. GOLDBERG
             United States Magistrate Judge
             Southern District of New York

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :       MISDEMEANOR
                                             COMPLAINT
                                     :
                                             Violation of
            -v-                      :
                                             NY PL 265.01
                                     :
FREDERICK M. SMITH                   :
                                             COUNTY OF OFFENSE:
                                     :       ORANGE
            Defendant
                                     :

- - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss.:

        ERIC SPANER, being duly sworn, deposes and says that
he is a Court Liaison assigned to the Provost Marshal
Office, at the United States Military Academy, West Point,
New York, and charges as follows:

                            COUNT ONE

        On or about October 14, 2017, at the United
States Military Academy, West Point, New York, within the
special maritime and territorial jurisdiction of the United
States, in the Southern District of New York, FREDERICK M.
SMITH, the defendant, unlawfully, knowingly and willfully
possessed a dagger, dangerous knife, dirk, machete razor,
stiletto, imitation pistol, or any other dangerous or
deadly weapon, instrument or weapon, to-wit, the defendant
possessed a $CO_2$ BB gun pistol and two throwing knives.


            (New York Penal Law, Section 265.01)

        The basis for the deponent's knowledge and for the
foregoing charges are, in part, as follows:

1.   I am Court Liaison, assigned to the Provost Marshal
Office, at the United States Military Academy, West Point,
New York, which is located in the Southern District of New
York.

2.   On or about October 14, 2017 at approximately 10:00
a.m., MP Officer Phillips notified 1LT Milby and SSG
Mansfield that he thought a contractor, later identified
as the defendant, was carrying a pistol, due to the fact
that he had a large bulge in his back waist.   1LT Milby
and SSG Mansfield approached the defendant and the
defendant admitted he had a pellet gun in his back waist.

3. SSG Mansfield searched the defendant and removed the
pellet gun and two knives. The defendant was transported
to the Provost Marshal Office. The defendant was advised
of his rights and declined to a make a statement.  He was
processed and fingerprinted.

4. The defendant was issued a District Court Violation
Notice for Criminal Possession of a Weapon in the Fourth
Degree (DCVN number 6687480/SY10 and was released on his
own recognizance.

**WHEREFORE**, deponent prays that the above-named defendant be
imprisoned or bailed, as the case may be.


_____
ERIC SPANER
Court Liaison


Sworn to before me this
28th day of December, 2017

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York