UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Frederick M. Smith,

                Defendant.

---

7:17-MJ-9569(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on January 26, 2018 accepted the Defendant's plea of guilty to a charge of violating NY Penal Law Section 240.20, Disorderly Conduct, in full satisfaction of the Misdemeanor Complaint filed on December 28, 2017, it is

    ORDERED, ADJUDGED AND DECREED that the Defendant, Frederick M. Smith is sentenced to

        (1) A one-year Conditional Discharge on the conditions that:

            (a) There are no violations of Federal, State, or Local laws and,

            (b) The defendant must complete one hundred and fifty (150) hours of community service,

        (2) A fine of $100.00, with time to pay White Plains by February 27, 2018, or appear on February 28, 18 before this Court,

(3) Defendant is permanently barred from and is not to enter U.S. Military Academy Property.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge